DANA L. JEWELL, as Committee, etc., of JAMES D. KELSEY, an Incompetent, Appellant, v. EXCHANGE NATIONAL BANK OF OLEAN, NEW YORK, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANKLIN-ANDREWS CORPORATION, Respondent, v. DAVID DeMATTEIS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MAIDA PATTERSON and JAMES PATTERSON, Respondents, v. LEON J. SPOKANE and SYLVIA SPOKANE, Individually and Doing Business under the Assumed Name and Style of THRIFT FOOD STORE, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LAWRENCE MNICH, Appellant, v. AMERICAN RADIATOR COMPANY, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See 263 App. Div. 573.] Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANK E. WARING, Appellant, v. CITY OF ROCHESTER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GEORGE M. HAIGHT, as Receiver of THE SALT SPRINGS NATIONAL BANK OF SYRACUSE and as Receiver of JOHN W. GATES, Judgment Debtor, Appellant, v. JOHN W. GATES, Defendant, and EDWARD C. GATES, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ARTHUR J. COHEN, Doing Business under the Firm Name and Style of BROTHERS' QUALITY CLOTHING COMPANY, Appellant, v. ARTHUR KOEGLER, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur, except Harris, J., who dissents and votes for granting the motion for leave to appeal to the Court of Appeals. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WALTER SCHWARTZ, Appellant, v. BAUSCH AND LOMB OPTICAL COMPANY, Respondent.— Order entered amending order of March 25, 1942, upon stipulation. [See 263 App. Div. 1065.] Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ELSIE BORNEMAN, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 1068.] Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.